# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | | |
|---|---|---|
| BRUCE GENTRY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 5:18-cv-00020 |
| | § | |
| EPSI, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is the Amended Stipulation of Dismissal With Prejudice filed by Plaintiff Bruce Gentry and Defendant EPSI, Inc. (Docket No. 67). Accordingly, it is

**ORDERED** that all claims and counterclaims asserted between Plaintiff and Defendant in this action are **DISMISSED WITH PREJUDICE**. It is further

**ORDERED** that all costs of suit will be borne by the party incurring the same.

**SIGNED this 20th day of December, 2018.**

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE

**APPROVED AS TO FORM AND CONTENT:**


By:

*/s/ W. David Carter*
W. David Carter (Lead Attorney)
TSB No. 03932780
MERCY CARTER, L.L.P.
1724 Galleria Oaks Drive
Texarkana, Texas 75503
(903) 794-9419 - Telephone
(903) 794-1268 - Facsimile
wdcarter@texarkanalawyers.com
**ATTORNEYS FOR PLAINTIFFS**
**MICHAEL VISSER AND ERICA VISSER**

-and-


*/s/ Jeffrey J. Wolf*
Jeffrey J. Wolf
Texas Bar No. 21849012
jwolf@wolflawpc.com
Todd C. Donohue
Texas Bar No. 24046808
THE WOLF LAW FIRM, P.C.
1360 N. White Chapel Blvd
Southlake, TX  76092-4303
817-552-9653
817-552-0300 (facsimile)
**ATTORNEYS FOR DEFENDANT**
**PRO-DRIVE OUTBOARD, LLC**