IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| BRUCE GENTRY, | § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. 5:18-cv-00020 |
| EPSI, INC, | § § § | |
| Defendant. | § | |

**FINAL JUDGMENT**

Pursuant to the Parties' Amended Stipulation of Dismissal With Prejudice (Docket No. 67), the Court hereby enters Final Judgment. Accordingly, it is

**ORDERED** that above-captioned cause is **DISMISSED WITH PREJUDICE**. All costs are to be borne by the party that incurred them. All motions by either party not previously ruled on are hereby **DENIED AS MOOT**.

The Clerk of the Court is directed to close this case.

It is so **ORDERED**.

**SIGNED this 20th day of December, 2018.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE

**APPROVED AS TO FORM AND CONTENT:**

By:

*/s/ W. David Carter*
W. David Carter (Lead Attorney)
TSB No. 03932780
MERCY CARTER, L.L.P.
1724 Galleria Oaks Drive
Texarkana, Texas 75503
(903) 794-9419 - Telephone
(903) 794-1268 - Facsimile
wdcarter@texarkanalawyers.com
**ATTORNEYS FOR PLAINTIFFS
MICHAEL VISSER AND ERICA VISSER**

-and-

*/s/ Jeffrey J. Wolf*
Jeffrey J. Wolf
Texas Bar No. 21849012
jwolf@wolflawpc.com
Todd C. Donohue
Texas Bar No. 24046808
THE WOLF LAW FIRM, P.C.
1360 N. White Chapel Blvd
Southlake, TX 76092-4303
817-552-9653
817-552-0300 (facsimile)
**ATTORNEYS FOR DEFENDANT
PRO-DRIVE OUTBOARD, LLC**